IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL DAVIS,<br>　　　　Plaintiff,<br><br>v.<br><br>TRG CUSTOMER SOLUTIONS, INC.<br>*d/b/a* IBEX GLOBAL SOLUTIONS<br>　　　and<br>IBEX GLOBAL SOLUTIONS PLC,<br><br>　　　　Defendants. | Civil Action No. 2:19-cv-00831-CRE<br><br>Magistrate Judge Cynthia Reed Eddy<br><br>*Filed Electronically* |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this civil action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice.

Respectfully submitted,

FOR PLAINTIFF:

By: *Julia W. Clark*
Julia W. Clark (PA 311688)
jclark@karpf-law.com

Karpf, Karpf & Cerutti, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Telephone: (215) 639-0801

FOR DEFENDANTS:

By: *Philip K. Kontul*
Philip K. Kontul (PA 94156)
philip.kontul@ogletree.com

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place
Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3352

Dated: July 21, 2020

43141369.1